DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Sutton<br><br>Case below:<br>167 N.C. App. 242 | No. 015PO5 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1351)<br><br>2. AG's Motion to Dismiss Appeal<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (03/03/05)<br><br>2. Denied (03/03/05) |
|---|---|---|---|
| State v. Whittenburg<br><br>Case below:<br>167 N.C. App. 109 | No. 631P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1267)<br><br>3. AG's Motion to Dismiss Appeal<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>3. Allowed (03/03/05)<br><br>2. Denied (03/03/05) |
| State v. Williams<br><br>Case below:<br>167 N.C. App. 372 | No. 011P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1691) | Denied (03/03/05) |
| State v. Young<br><br>Case below:<br>167 N.C. App. 401 | No. 577P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-257) | Denied (03/03/05) |
| Stilwell v. General Ry. Servs., Inc.<br><br>Case below:<br>167 N.C. App. 291 | No. 017P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-107)<br><br>2. Plt's Motion to Allow Filing of Opposition to Def's PDR | 1. Denied (03/03/05)<br><br>2. Allowed (03/03/05) |
| Tubiolo v. Abundant Life Church, Inc.<br><br>Case below:<br>167 N.C. App. 324 | No. 029P05 | 1. Def's NOA (Constitutional Question) (COA03-471)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu (03/03/05)<br><br>2. Denied (03/03/05) |
| Ward v. Wake Cty. Bd. of Educ.<br><br>Case below:<br>166 N.C. App. 726 | No. 611P04 | Def's (Wake Co. Board of Education) PDR Under N.C.G.S. § 7A-31 (COA03-1578) | Denied (03/03/05) |
| Whitehead v. Pillowtex<br><br>Case below:<br>166 N.C. App. 763 | No. 040P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1536) | Denied (03/03/05) |